## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Herminia Dolemba, et al.

                            Plaintiff,

v.                                                      Case No.: 1:18–cv–07235
                                                        Honorable Matthew F. Kennelly

LED Craft, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff Herminia Dolemba's individual claims against defendants LED Craft Inc. and LED Sign Exchange Inc. are dismissed with prejudice and without costs. Plaintiff's individual claims against John Does 1–10 are voluntarily dismissed without prejudice. Plaintiff's class claims are voluntarily dismissed without prejudice. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.